# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRASCIA BRIGGS,

    Plaintiff,

vs.

BRIAN CONNETT, et al.,

    Defendants.

Case No. 2:11-CV-01363-JCM-(GWF)

**ORDER**

    The copy of document #15 was returned in the mail with the notation that it was unable to be forwarded. Plaintiff has failed to comply with local rule LSR 2-2, which requires her to promptly inform the court of any changes in address.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

DATED February 9, 2012.

JAMES C. MAHAN
United States District Judge