1
2
3
4
5
6
          # UNITED STATES DISTRICT COURT
7
          # DISTRICT OF NEVADA
8
9    BRASCIA BRIGGS,
10          Plaintiff,                    Case No. 2:11-CV-01363-JCM-(GWF)
11   vs.                                  **ORDER**
12   BRIAN CONNETT, et al.,
13          Defendants.
14
15          The copy of document #15 was returned in the mail with the notation that it was unable to be
16   forwarded.  Plaintiff has failed to comply with local rule LSR 2-2, which requires her to promptly
17   inform the court of any changes in address.
18          IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for
19   plaintiff's failure to inform the court of his current address.  The clerk of the court shall enter
20   judgment accordingly.
21          DATED February 9, 2012.
22
23
24                                        _____
                                          JAMES C. MAHAN
                                          United States District Judge
25
26
27
28